

Christina D. Thivierge (NY, NJ)
christina@trspecialedlaw.com
Randi M. Rothberg (NY)
randi@trspecialedlaw.com

Katharine M. Giudice (NY)
katharine@trspecialedlaw.com
Rose S. Nissen (NY)
rose@trspecialedlaw.com
Jordana S. Levey (NY)
jordana@trspecialedlaw.com

November 4, 2025

**ECF Filing**
Honorable Magistrate Judge Steven L. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 910, Chambers 914
Central Islip, NY 11722

   **RE: Board of Education of the West Hempstead Union Free School District**
      **v. SZ and AS, on behalf of AS**
      **Civil Action Case No. 2:25-cv-02483-PKC-ST**

Dear Honorable Magistrate Tiscione,

  This office represents Defendants S.Z., A.S. Sr., and A.S. Jr. in the above-referenced matter.

  Pursuant to Your Honor's order at the October 1, 2025, Settlement Conference, Defendants wish to provide an update regarding the Parties' settlement discussions. It is my understanding from Plaintiff's attorney, Doug Spencer, Esq., that at its most recent Board of Education meeting, Plaintiff did not accept the potential resolution that was negotiated at the Settlement Conference. Mr. Spencer communicated a new counter proposal, which was not acceptable to my clients.

  I have therefore communicated another counter proposal from Defendants to Mr. Spencer, and am awaiting a response regarding Plaintiff's position on settlement.

         Sincerely,

         /s/

         _____
         Christina D. Thivierge (CT 9565)
         Thivierge & Rothberg, P.C.
         Attorneys for the Defendants
         22 High Street

Huntington, New York 11743  
Tel: (212) 397-6360  
Fax: (212) 397-6361  
*christina@trspecialedlaw.com*
